UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN W. CASSADAY,

                Plaintiff,

-against-

VERIZON, INC., ET AL.,

                Defendants.

25-CV-9251 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se* and *in forma pauperis* ("IFP"). By order dated November 25, 2025, the Court dismissed the action as frivolous, noted that Plaintiff had filed more than 100 cases in federal district and circuit courts around the country, and directed Plaintiff to show cause why he should not be barred from filing further actions *in forma pauperis* (IFP) in this Court without prior permission. (ECF 8.) Plaintiff filed a declaration, but his arguments against imposing the bar order are insufficient. (ECF 9.) Accordingly, the bar order will issue.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.*

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed enter civil judgment dismissing this action.

SO ORDERED.

Dated:   February 20, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge