UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN W. CASSADAY,

                        Plaintiff,

         -against-

VERIZON, INC., ET AL.,

                  Defendants.

25cv9251 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 20, 2026, order, The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. See id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 3, 2026
            New York, New York

                               /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                         Chief United States District Judge